FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 20  AM 11: 07

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER KUYKENDALL** | CIVIL ACTION |
| **VERSUS** | NO. 06-2582 |
| **MARLIN GUSMAN, SHERIFF,** **SHERIFF DEPUTIES (MANY OF THEM)** **UNKNOWN. NAMES** | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 18, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Christopher Kuykendall's Title 42 U.S.C. § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman and the unidentified deputies is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**IT IS FURTHER ORDERED** that Kuykendall's claims arising out of the violation of the Louisiana Constitution and state tort law are **DISMISSED WITHOUT PREJUDICE** as the court declines to exercise supplemental jurisdiction.

New Orleans, Louisiana, this 20th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE