FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 22  PM 4:44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER KUYKENDALL | CIVIL ACTION |
| VERSUS | NO. 06-2582 |
| MARLIN GUSMAN, SHERIFF, SHERIFF DEPUTIES | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, it is the opinion of this Court that a specific date on which the plaintiff Christopher Kuykendall's Notice of Appeal (Rec. Doc. No. 17) was submitted to prison officials cannot be determined from the records of the Court, the records of the prison or any other available evidence.

The best information available to the Court is that appearing on the Notice of Appeal itself. The plaintiff's Certificate of Service attached to the Notice of Appeal is dated by him on October

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

23, 2006.[1] The pleading was received by the Clerk of Court on October 26, 2006, in an envelope bearing a postage meter stamp of October 24, 2006.[2] Therefore,

**IT IS ORDERED** that this matter be returned to the United States Fifth Circuit Court of Appeal for further proceedings in connection with the pending Appeal as directed in the remand order (Rec. Doc. No. 19).

New Orleans, Louisiana, this 22nd day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 17.

[2] *Id.*